## Arch H. Rowand, Jr., Appellant, *v.* Safe Deposit and Trust Company.

Argued Nov. 14, 1898. Appeal, No. 178, Oct. T., 1898, by plaintiff, from judgment of C. P. No. 2, Allegheny Co., April T., 1897, No. 582, on verdict for defendant. Before GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

PER CURIAM, January 3, 1899:

For the reasons expressed in the opinion just filed in the case of Fitzsimmons v. Safe Deposit and Trust Company, No. 177, October term, 1898, ante, p. 514, the judgment in this case is affirmed.